# United States District Court
# Eastern District of California
Redding Branch

| | |
|---|---|
| UNITED STATES OF AMERICA ) | VIOLATE/CASE NO. 10-mj-00009CMK |
| ) | |
| vs. ) | **ORDER TO APPEAR** |
| _Kristopher McGraw_ ) | |

    **YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on _6-23-2010_, at 2:00 p.m., for further proceedings in the above entitled case.

    YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: _5-25-10_

_Christy L. Pino_
Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison