UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

CITATION / CASE NO. 3:10-mj-0009 CMK

vs.

## ORDER TO PAY

Kristopher McCraw

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City            State            Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**

DATE: 8-10-10      _____
                   DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

Count 1 Dismissed
CITATION / CASE NO: Count 2     FINE $1,000     ASGMT. _____
CITATION / CASE NO: Count 3     FINE $500       ASGMT. _____
CITATION / CASE NO: Count 4     FINE $500       ASGMT. _____
CITATION / CASE NO: Count 5     FINE $500       ASGMT. _____

Fine payments stayed until 10-26-2010. If restitution paid, then fines reduced to total of $500.

( ) FINE TOTAL of $ _____ and a penalty assessment of $ _____ within _____ days/months or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.

(X) RESTITUTION $544.84 to Klamath N+l Forest, 1312 Fairlane, Yreka, CA 96097 by 10-26-2001 with fees not to exceed $ _____
( ) COMMUNITY SERVICE _____ to be completed by _____ with proof mailed to the Clerk of the Court.
(X) PROBATION to be unsupervised / ~~supervised~~ for: 2 years • excluded national forest lands until fine paid.

PAYMENTS **must** be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~ 501 I Street
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 8-10-10      _____
                   U.S. MAGISTRATE JUDGE

Clerk's Office                                    EDCA - 03 Rev 8/97